# EUGENE J. MCDONALD, Esq.

ATTORNEY AT LAW
PROCTOR IN ADMIRALTY
170 BROAD STREET
MATAWAN, NEW JERSEY 07747
PHONE: 732 583 8485
FAX: 732 583 9739
WEB SITE: WWW.MCDONALDMARINELAW.COM
EMAIL: EUGENE@MCDONALDMARINELAW.COM

September 10, 2012

Hon. Renee Marie Bumb
Mitchell H. Cohen U.S. Cthse.,Rm. 886
1 John F. Gerry Plaza
Camden, NJ 08101

Re:   Utsch's Marina vs. M/V "Pops Way", et al
      Docket No. 1:11-CV-04056-RMB-JS

Dear Judge Bumb:

I reviewed the docket sheet today which indicates Document Number 77, Stipulation of Dismissal & Order of Settlement, Order of Release of Vessel, & Order of Issuance of Warrant to Deliver as to the M/Vl Sea Mistress & owned by defendant Rick Sikora which was filed by me on May 15, 2012 with the Clerk of the Court and entered by the Clerk on the same day remains outstanding/unsigned by your Honor. Settlement as to this particular vessel and defendant owner has long been consummated.

Pursuant to Document #85, Order for Sale of Vessels, the Marshall has scheduled September 20, 2012 for the sale of the remaining 10 vessels. For the sake of good order, would you be so kind as to sign the Stipulation of Dismissal etc. so that the Marshall can exclude M/V Sea Mistress from the sale? I appreciate your Honor's attention to this matter.

Very truly yours,
*S/ Eugene J. McDonald*
Eugene J. McDonald, Esq.
Attorney for Plaintiff
Utsch's Marina Inc.

cc. Elizabeth Baskerville @ US Marshalls Office, Dist. of NJ
     Ernest Utsch @ Utsch's Marina Inc.